UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:00 CR 227(SRU) |
| VS. | : | |
| **GLORIA VARGAS** | : | April 14, 2005 |

### MOTION FOR RETURN OF PROPERTY

Undersigned CJA-appointed counsel on behalf of the defendant GLORIA VARGAS hereby moves for the return of defendant's United States Passport (#016130340) currently held by the Clerk's Office.

Counsel received notice from the Clerk's Office, a copy of which is attached hereto, indicating that the aforementioned property would be disposed of in the absence of the filing of the instant motion.

Defendant is currently under the supervision of the United States Probation Department and to my knowledge is in compliance with the conditions of her probation.

                                    THE DEFENDANT,
                                    GLORIA VARGAS


                            By:_____
                                Peter J. Schaffer, Esq.
                                1127 High Ridge Road, #330
                                Stamford, CT 06905-1203
                                Tel. (203) 322-3031
                                Bar No. ct14606

<u>CERTIFICATION</u>

    This is to certify that a copy of the foregoing was mailed on this date to:

Alex Hernandez, AUSA
Alina Reynolds, AUSA
U.S. Attorneys Office
915 Lafayette Boulevard
Bridgeport, CT 06604


_____
Peter J. Schaffer