UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYS CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

April 26, 2005

Peter J. Schaffer
1127 High Ridge Rd.
PMB #330
Stamford, CT 06905-1203

FILED 2005 MAY 13 P 12:15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Re:    3:00cr227(SRU) USA v. Gloria Vargas

Dear Counselor:

Per Court Order, we are returning Ms. Gloria Vargas' passport in the above referenced case.

USA Passport #016130340

Please acknowledge by signing the enclosed copy of this letter and return in the postage-paid envelope.

KEVIN F. ROWE, CLERK

By _____
        Deputy Clerk

Received 5/1/05

Enclosure

Peter Schaffer